UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EQUUS MINING LTD.,

                              Plaintiff,

                    -v.-

BLOX INC.,

                              Defendant.

21 Civ. 11088 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

By letter dated May 13, 2022, Defendant informed the Court that a hearing had been scheduled in the Guinean Supreme Court for May 26, 2022, regarding Defendant's demand for reissuance of the exploration license.  (Dkt. #53).  The parties are ORDERED to file joint or separate letters on or before **June 3, 2022**, regarding whether that conference occurred and, if so, what transpired at it.

SO ORDERED.

Dated:  June 1, 2022
        New York, New York

_____
     KATHERINE POLK FAILLA
     United States District Judge