UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUUS MINING LTD., <br><br>                    Plaintiff, <br><br>          -v.- <br><br> BLOX INC., <br><br>                    Defendant. | 21 Civ. 11088 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The parties are hereby ORDERED to appear for a telephone conference today, **June 7, 2022, at 4:30 p.m.**  The dial-in information is as follows: At 4:30 p.m., the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 4:30 p.m.

    SO ORDERED.

Dated:  June 7, 2022
           New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge